IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL C. GRAY, | 1:08-cv-00717-AWI-TAG (HC) |
| Petitioner, | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE MOTION TO DISMISS |
| vs. | |
| J.D. HARTLEY, Warden, | (Doc #12) |
| Respondent. | THIRTY DAY DEADLINE |

GOOD CAUSE HAVING BEEN SHOWN, Respondent is hereby granted a 30-day extension of time, to file and serve a Motion to Dismiss the Petition for Writ of Habeas Corpus.

IT IS SO ORDERED.

Dated:   **October 10, 2008**            **/s/ Theresa A. Goldner**
                                          UNITED STATES MAGISTRATE JUDGE