# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RANDALL C. GRAY,**<br><br>                          Petitioner,<br><br>      v.<br><br>**J.D. HARTLEY, WARDEN,**<br><br>                         Respondent. | 1:08-cv-00717-AWI TAG HC<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION (Doc. 12)**<br><br>**DEADLINE:**<br>**November 12, 2008** |

      Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 9, 2008, Respondent filed the instant motion requesting an extension of time to November 12, 2008, to file a response to the petition. (Doc. 12). As grounds therefore, Respondent's counsel contends that the records necessary to provide a correct and complete response to the petition have been ordered, but that a portion of them have not yet arrived. The Court has read and considered Respondent's motion, finds that good cause exists to grant it, and makes the following orders:

    1. Respondent's motion for an extension of time (Doc. 12), is GRANTED; and

    2. Respondent shall have to and including November 12, 2008, to file a response to the petition.

IT IS SO ORDERED.

Dated:  **October 14, 2008**                                /s/ Theresa A. Goldner
                                                                 UNITED STATES MAGISTRATE JUDGE