1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT FOR THE

9                            EASTERN DISTRICT OF CALIFORNIA

10    RANDALL C. GRAY,                        1:08-cv-717 AWI JMD (HC)

11                     Petitioner,            ORDER GRANTING MOTION TO PROCEED
                                              IN FORMA PAUPERIS ON APPEAL
12    vs.                                     and DIRECTING CLERK TO SERVE
                                              THE COURT OF APPEALS
13    J.D. HARTLEY, et al.
                                              (DOCUMENT #55)
14                     Respondent.

15    _____/

16          Petitioner is a prisoner proceeding pro se with a petition for writ of habeas corpus

17    pursuant to 28 U.S.C. § 2254.

18          On December 3, 2010, judgment was entered denying/dismissing the petition for writ of

19    habeas corpus.  On December 23, 2010, petitioner filed a notice of appeal, and an application to

20    proceed in forma pauperis.  Examination of petitioner's application to proceed in forma pauperis

21    reveals that petitioner is unable to afford the costs of an appeal.  Accordingly, the application to

22    proceed in forma pauperis on appeal is GRANTED.  See 28 U.S.C. § 1915.  **The Clerk is**

23    **directed to serve a copy of this order on the Court of Appeals for the Ninth Circuit.**

24

25    IT IS SO ORDERED.

26    **Dated:   February 15, 2011**                   **/s/ John M. Dixon**
                                             UNITED STATES MAGISTRATE JUDGE
27

28